```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,            )
                                  )
       v.                         )    No. 4:07 CR 39 HEA
                                  )                   DDN
RODERICK SILINZY,                 )
                                  )
            Defendant.            )
```

## ORDER

**IT IS HEREBY ORDERED** that the pro se motion of defendant to disqualify counsel (Doc. 27) is sustained.

　　　　　　　　　　　　　　　　　　　　　／S／ David D. Noce　　　　
　　　　　　　　　　　　　　　　　　**DAVID D. NOCE**
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**


Signed on April 17, 2007.